**STATE of Missouri, Respondent,**

v.

**Darryl MARKS, Appellant.**

**No. 45823.**

Missouri Court of Appeals,
Eastern District,
Division Three.

March 22, 1983.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 13, 1983.

Application to Transfer Denied
June 30, 1983.

**Joseph DONNELL, Appellant,**

v.

**Frankie FREEMAN, Charles Oldham, Maurice Levin, and James McDaniel, Respondents.**

**No. 45581.**

Missouri Court of Appeals,
Eastern District,
Division One.

March 22, 1983.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 13, 1983.

Henry Robertson, Asst. Public Defender, St. Louis, for appellant.

John Ashcroft, Atty. Gen., Kristie Green, Asst. Atty. Gen., Jefferson City, for respondent.

Joseph Donnell, pro se.

Harold L. Whitfield, James E. McDaniel, Donald L. James, Wuestling & James, St. Louis, for respondents.

ORDER

PER CURIAM:

Plaintiff appeals from the dismissal of his petition against two defendants and an order striking his petition as to two remaining defendants. No error of law appearing and this court having determined that an opinion would have no precedential value, the

ORDER

PER CURIAM.

Defendant appeals from his conviction of robbery first degree. No jurisprudential purpose would be served by a written opinion. The judgment of the trial court is affirmed pursuant to Rule 30.25(b).